FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 14 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| **SUNEARTH, INC., a California corporation; THE SOLARAY CORPORATION, a Hawaiian corporation**, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> **SUN EARTH SOLAR POWER CO., LTD., FKA Ningbo Solar Electric Power Co., Ltd., a Chinese limited liability company; NBSOLAR USA INC., a California corporation**, <br><br> Defendants-Appellees. | No. 13-17622 <br><br> D.C. No. 4:11-cv-04991-CW <br> Northern District of California, Oakland <br><br><br> **ORDER** |

| | |
|---|---|
| **SUNEARTH, INC., a California corporation; THE SOLARAY CORPORATION, a Hawaiian corporation**, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> **SUN EARTH SOLAR POWER CO., LTD., FKA Ningbo Solar Electric Power Co., Ltd., a Chinese limited liability company; NBSOLAR USA INC., a California corporation,** <br><br> Defendants-Appellees. | No. 15-16096 <br><br> D.C. No. 4:11-cv-04991-CW <br> Northern District of California, Oakland |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel disposition shall not be cited as precedent by or to any court of the Ninth Circuit.